# JS-6

DANA OTTO,

      Plaintiff,

  vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

      Defendant

Case No: CV08-03563 ABC

**ORDER DISMISSING ENTIRE ACTION
WITH PREJUDICE**

# O R D E R

    The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 23, 2008        _____

                             AUDREY B. COLLINS
                             JUDGE OF THE U.S. DISTRICT COURT

SHERNOFF BIDART
DARRAS ECHEVERRIA
LAWYERS FOR INSURANCE POLICYHOLDERS